**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   BILLY L. CARTHEN, JR.,

10          Plaintiff,                         No. C 06-04847 JSW

11    v.

12   JO ANNE B. BARNHART, Commissioner of      **ORDER GRANTING**
     Social Security Administration,           **APPLICATION TO PROCEED** *IN*
13                                              *FORMA PAUPERIS*

14          Defendant.
     _____/

15
16          IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and

     that the Clerk issue the summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the
17
     Northern District of California serve, without prepayment of fees, a copy of the complaint, any
18
     amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the
19
     defendant.
20
21          **IT IS SO ORDERED.**
22
23
     Dated:  October 25, 2006
24                                              _____
                                                JEFFREY S. WHITE
25                                              UNITED STATES DISTRICT JUDGE
26
27
28