IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY L. CARTHEN, JR.,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.

No. C 06-04847 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 24, 2006, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis*. Pursuant to that order, the summons was served and on February 1, 2007, Defendant Barnhart filed his answer to Plaintiff's complaint. Pursuant to Northern District Civil Local Rule 16-5, Plaintiff's motion for summary judgment was due to be filed on or about March 5, 2007.

Having not received any such motion, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than July 20, 2007.

**IT IS SO ORDERED.**

Dated: July 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE