IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY L. CARTHEN, JR.,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.

No. C 06-04847 JSW

**ORDER OF DISMISSAL**

    On October 24, 2006, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis*. Pursuant to that order, the summons was served and on February 1, 2007, Defendant Barnhart filed an answer to Plaintiff's complaint. Pursuant to Northern District Civil Local Rule 16-5, Plaintiff's motion for summary judgment was due to be filed on or about March 5, 2007. On July 5, 2007, having not received any such motion, this Court issued an Order to Show Cause to Plaintiff as to why his case should not be dismissed for failure to prosecute. Plaintiff was ordered to file a written response by no later than July 20, 2007. Having received no response, the Court HEREBY DISMISSES this case without prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: July 30, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE